IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

TITUS BATES,
    Defendant.

CIVIL ACTION NO.
1:13-CR-0501-WBH

## ORDER

In the absence of objection, the Report and Recommendation, [Doc. 47], is **ADOPTED** as the order of this Court, and this Court finds that Defendant is competent to stand trial.

**IT IS SO ORDERED**, this 31 day of March, 2015.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)